

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MANUEL ADRIAN SOTO-URBINA,

         Petitioner,

v.

Divver, Field Office Director of
Enforcement and Removal Operations,
San Diego Field Office, Immigration and
Customs Enforcement; et al.,

         Respondents.

Case No.: 26-cv-3838-JES-DEB

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Before the Court is Petitioner Manuel Adrian Soto-Urbina's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-

1

01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025).

Accordingly, the Court **GRANTS IN PART** the petition as follows:

(1)    The Court **ORDERS** the Government to provide the non-citizen with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order, unless the non-citizen requests a continuance. At the hearing, the Government may not deny the non-citizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)    The Government is **ORDERED** to File a Notice of Compliance within **five days** of providing the non-citizen with a bond redetermination hearing, including apprising the Court of the results of the hearing.

(3)    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-3838-JES-DEB